UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-52 |
| | § | |
| 8.903 ACRES OF LAND, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In light of the United States' representation at the April 16, 2019 initial pretrial and scheduling conference, the Court **ABATES** the case and **ORDERS** the parties to appear for a status conference on **Wednesday, October 16, 2019, at 9:00 a.m.** In preparation for the status conference, the Court **ORDERS** the parties to file a status report **by October 4, 2019**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 17th day of April, 2019.

_____
Micaela Alvarez
United States District Judge