UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-52 |
| | § | |
| 8.903 ACRES OF LAND, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court now considers the "Notice of Substitution of Lead Counsel for the United States"[1] filed by the United States of America ("United States"). Therein, the United States informs the Court that Assistant United States Attorney Megan Eyes is now designated as lead counsel in place of Assistant United States Attorney Richard Kincheloe.[2] In turn, Richard Kincheloe, former lead counsel for the United States, withdraws as counsel and requests he "be terminated as counsel for the United States on the Court's docket . . . [and] he no longer receive ECF notifications in this case."[3] The notice is signed by Ms. Eyes and Mr. Kincheloe, with permission.

While no formal motion has been made, the Court finds such request is not made for purposes of undue delay and granting such request will not prejudice Defendants. Thus, the Court **GRANTS** the requested relief and hereby **ORDERS** Assistant United States Attorney Richard Kincheloe be **WITHDRAWN** as the United States' counsel and **SUBSTITUTED** by Assistant United States Attorney Megan Eyes as Lead Counsel. Additionally, the Clerk of the Court is instructed to send this Order and all future notices for the United States to Assistant

---

[1] Dkt. No. 10.
[2] *Id.*
[3] *Id.*

United States Attorney Megan Eyes, 1701 W. Bus. Hwy. 83, Suite 600, McAllen, Texas 78501.[4]

Accordingly, the Clerk of the Court is instructed to remove Assistant United States Attorney Richard Kincheloe from the ECF notice list.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 23rd day of April, 2019.

                                                    Micaela Alvarez
                                            United States District Judge

---

[4] The Court notes the zip code provided in Ms. Eyes' signature is incorrectly listed as 78526.