# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 7:19–cv–00052

8.903 Acres of Land, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Micaela Alvarez**

**PLACE:**
Courtroom of Honorable Micaela Alvarez
Bentsen Tower
1701 W. Hwy. 83
McAllen, TX 78501

**DATE:** 2/25/2020

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   January 14, 2020                                                                 David J. Bradley, Clerk