Exhibit B to Defendant's
Evidentiary Brief re just compensation

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CASE NO. 7:19-CV-0052 |
| 8.903 ACRES OF LAND, MORE OR LESS, SITUATE in STARR COUNTY, STATE OF TEXAS; AND JOHN F.J. GUERRA, | | |
| *Defendants.* | | |

**AFFIDAVIT OF EXPERT WITNESS REGARDING JUST COMPENSATION**

I, David B. Clayton, being duly sworn, hereby state and declare the following:

1. I am a professional appraiser of real property and my credentials and CV are attached to my letter of January 26, 2020.

2. My opinion and sworn testimony is in accordance with my letter of January 26, 2020. My opinions include the basis for calculating the value of the government's taking of a temporary access easement. If called to testify in Court I would testify consistent with my letter of January 26, 2020.

Exhibit B to Defendant's
Evidentiary Brief re just compensation

Further Affiant sayeth naught.

_____
David B. Clayton

STATE OF Colorado   )
                    )
COUNTY OF Arapahoe  )

The foregoing Affidavit was sworn to and subscribed before me this 26th day of June, 2020.

Witness my hand and seal.   _____
                            Notary Public

MARIE-PEARL A FRIMPONG
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164039574
MY COMMISSION EXPIRES OCTOBER 17, 2020

My commission expires October 17, 2020