Exhibit C to Defendant's
Evidentiary Brief re: just compensation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:19-CV-0052 |
| 8.903 ACRES OF LAND, MORE OR LESS, SITUATE in STARR COUNTY, STATE OF TEXAS; AND JOHN F.J. GUERRA, | § § § § § | |
| *Defendants.* | § | |

## AFFIDAVIT OF LANDOWNER REGARDING JUST COMPENSATION

I, Defendant John F.J. Guerra,, being duly sworn, hereby state and declare the following:

1. I am an individual and the Defendant named in this lawsuit. I am the owner of the 8.903 acres of land, more or less, situate in Starr County, Texas, that is the subject of this lawsuit. I obtained this property form my parents, and the property has been in my family for several generations.

2. On December 16, 2019, the Government obtained a 12-month easement over my property for the purpose of surveying, making borings and conducting related work with the ultimate intent of building a barrier system along the border between the United States and Mexico in Texas. The easement covers the entirety of my property and is not limited to any portion thereof. In fact, in negotiations that led to and occurred during this lawsuit, the Government declined to limit the scope of the easement.

Exhibit C to Defendant's
Evidentiary Brief re: just compensation

3. I recently completed the sale of a 20.78 acre tract of land less than two miles from the real property at question herein for $190,000. The per acre figure in that sale was $9143.

4. Both the 8.903 acre tract and the 20.78 acre tract abut established residential subdivisions and, thus, the highest and best use of these properties would be for residential development.

5. Approximately ten years ago, I sold two residential lots adjacent to the 8.903 acre tract (and approximately 6500 square feet each) for a total of $25,000. One acre comprises 43,560 square feet.

6. The value of real property in this area is $9150 per acre. I have owned this tract, and other tracts in the area, for many years and have personal knowledge of sales of other parcels in this area. My opinion of value is based on my experience, my ownership of this land and my knowledge of the per-acre sales prices of other tracts in the area. I am also a licensed real estate agent in the State of Massachusetts

7. A reasonable rate of return for the property is 10%. This opinion also is based on my experience, my ownership of this land and my knowledge of the per-acre sales prices of other tracts in the area. my experience, my ownership of this land and my knowledge of the per-acre sales prices of other tracts in the area. I am also a licensed real estate agent in the State of Massachusetts.

Further Affiant sayeth naught.

*(signature)*
John F.J. Guerra

Exhibit C to Defendant's
Evidentiary Brief re: just compensation

STATE OF MASSACHUSETTS    )
                          )
COUNTY OF BARNSTABLE      )

The foregoing Affidavit was sworn to and subscribed before me this 28th day of January, 2020.

Witness my hand and seal.

_____
Notary Public

My commission expires _____

STACEY A. WHITE
Notary Public
Commonwealth of Massachusetts
My Commission Expires March 4, 2022